**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 22-1948**

WILLIAM VERRINDER,

           Plaintiff - Appellant,

     v.

FRANK BLAIR WILLIAMS, in his official capacity as Clerk of the Wake County Estates and Wills Division; STACY PRETTY, in her official capacity as deputy clerk of the Wake County Estates and Wills Division; TYLER SMITH, in his official capacity as deputy clerk of the Wake County Estates and Wills Division; GREAT AMERICAN INSURANCE COMPANY,

           Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Louise W. Flanagan, District Judge.  (5:22-cv-00167-FL)

Submitted:  February 16, 2023                    Decided:  February 21, 2023

Before GREGORY, Chief Judge, RUSHING, Circuit Judge, and FLOYD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

William Verrinder, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William Verrinder appeals the district court's order denying relief on his 42 U.S.C. § 1983 complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Verrinder v. Williams*, No. 5:22-cv-00167-FL (E.D.N.C. Aug. 9, 2022). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
